# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SAMY E. CASSIS, an individual; and GEHANE F. CASSIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), a Delaware corporation; SUN LIFE OF CANADA (U.S.), a business entity unknown; DELAWARE LIFE INSURANCE COMPANY, a business entity unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:17-cv-00148 DOC (KESx)<br><br>**JUDGMENT** |

This Court conducted a bench trial on April 9, 2018. Plaintiffs Samy E. Cassis and Gehane F. Cassis ("Cassis") were represented by Dixon L. Gardner. Defendant Delaware Life Insurance Company, formerly known as Sun Life Assurance Company of Canada (U.S.) ("Delaware Life"), was represented by Daniel W. Maguire and Nancy J. Marr. The Court considered all evidence properly before it, the oral argument of counsel, and all other matters presented. On March 29, 2019, this Court entered its Findings of Fact and Conclusions of Law

("Findings"), holding that the Defendant's interpretation of the Annuity's death benefit provision is unambiguously correct. The language of the 5% Accumulation provision is clear and unambiguous, and under the plain meaning of that language, each Purchase Payment and each partial withdrawal accrues interest at 5%, independently, until each payment or withdrawal doubles.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of Defendant Delaware Life and against Plaintiffs Cassis in accordance with the Order;

2. Plaintiffs shall take nothing by way of their Complaint filed on December 23, 2016;

3. Plaintiffs are entitled to no relief; and

4. The action is hereby closed.

In accordance with Rules 58 and 79(a) of the Federal Rules of Civil Procedure, Judgment is entered in favor of Defendant Delaware Life and against Plaintiffs Samy E. Cassis and Gehane F. Cassis consistent herewith, as of the date the Clerk notates this Judgment in the civil docket.

DATED: April 5, 2019          *David O. Carter*
                              DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE

Submitted by:

Burke, Williams & Sorensen, LLP

By: *s/ Daniel W. Maguire*
    Daniel W. Maguire
    Nancy Jerian Marr
    Attorneys for Defendant
    Delaware Life Insurance Company